UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-7999 FMO (JPRx) | Date | February 7, 2022 |
|---|---|---|---|
| Title | Derrick Harris v. City of Los Angeles, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Re: Scheduling Conference

On the court's own motion, IT IS ORDERED THAT the scheduling conference, currently set for February 17, 2022, shall be continued to **March 24, 2022.**

Counsel for all appearing parties, and all unrepresented parties, if any, shall file a Joint Rule 26(f) Report no later than **March 10, 2022**, that complies with the requirements in the Court's Order of November 22, 2021 (Dkt. 28).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | gga |