Name, Address and Telephone Number of Attorney(s):

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Derrick Harris, <br><br> Plaintiff(s) <br> v. <br><br> City of Los Angeles, et al., <br><br> Defendant(s) | 2:21-cv-07999-WLH-JPR <br><br> **MEDIATION REPORT** |

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): April 22, 2024 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by L.R. 16-15.5(b).

   ☐ Did not appear as required by L.R. 16-15.5(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.
   ☐ Defendant or defendant's representative failed to appear.
   ☐ Other:

3. Did the case settle?

   ☐ Yes, fully, on _____ (date).
   ☑ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

   June 2024

Dated: April 25, 2024

/s/
Signature of Mediator

Phyllis W. Cheng, Esq.
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*