**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERRICK HARRIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, OFFICER SHARON KIM, DETECTIVE DENNIS PARKER, DEPUTY P. VALENCIA, OFFICER JOHN COUGHLIN, SGT. NICOLE AUFDEMBERG, OFFICER TERESA SPIRES, DETECTIVE LEONARD FELIX, UNKNOWN OFFICERS OF THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, UNKNOWN OFFICERS OF THE LOS ANGELES POLICE DEPARTMENT,<br><br>    Defendants. | Case No. 2:21-cv-07999-WLH (JPRx)<br><br>Honorable Wesley L. Hsu<br><br>**ORDER RE JOINT STIPULATION TO DISMISS DEFENDANTS COUNTY OF LOS ANGELES AND DENNIS PARKER WITHOUT PREJUDICE PENDING APPROVAL OF SETTLEMENT [126]** |

    Before the Court is the joint stipulation to dismiss Defendants County of Los Angeles and Dennis Parker without Prejudice pending approval of settlement. Upon good cause having been show, the stipulation is **GRANTED**.

1

Pursuant to the stipulation of the parties:

1. Defendants COUNTY OF LOS ANGELES and DENNIS PARKER are dismissed, without prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii) pending the approval of the settlement reached between Plaintiff and these Defendants, which is contingent upon and subject to approval by the Los Angeles County Claims Board and the Los Angeles County Board of Supervisors.
2. If and when the settlement is approved, a dismissal of Defendants COUNTY OF LOS ANGELES, DENNIS PARKER, LEONARD FELIX and P. (PEDRO) VALENCIA, with prejudice, shall be filed.
3. Should the Los Angeles Claims Board and Los Angeles County Board of Supervisors not approve the settlement, Plaintiff shall be entitled to pursue his claims against Defendants COUNTY OF LOS ANGELES and DENNIS PARKER pending as of the date of this stipulation.
4. Each party shall bear their own costs, fees, and expenses.

**IT IS SO ORDERED.**

Dated: May 24, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE