UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-07999-WLH-JPR | Date | 9/12/2025 |
| Title | Derrick Harris v. City of Los Angeles et al | | |

Present: The Honorable  WESLEY L. HSU, United States District Judge

| Holidae Crawford | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| David B. Owens | Aamir Raza |

**Proceedings:**   MOTION to Enforce Settlement, and Motion for Sanctions [189]

    The matter was called, and counsel stated their appearances.  The Court heard oral argument.

    For reasons stated on the record, the Court conditionally **GRANTS** the Motion for Sanctions in an amount to be determined, pending Plaintiff's filing of a declaration within 10 days of this Order outlining Plaintiff's hours and costs with having to bring this further Motion.  The Court sets a Status Conference for October 31, 2025, at 1:30 p.m.  All parties may appear via Zoom.

    The Court confers with counsel regarding trial as stated on the record.  The Court sets a trial date of February 2, 2026, at 9:00 a.m.

                                                                                                           : 20

Initials of Deputy Clerk   hc