UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK HARRIS,<br><br>                Plaintiff,<br><br>      v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>                Defendants. | Case No. 2:21-cv-07999-WLH-DMK<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANTS COUNTY OF LOS ANGELES AND DENNIS PARKER WITH PREJUDICE (ECF NO. 241)** |

The Court, having reviewed the Joint Stipulation to Dismiss Defendants County of Los Angeles and Dennis Parker with Prejudice, and finding good cause therefor, hereby **ORDERS** as follows:

1. Defendants County of Los Angeles and Dennis Parker and former defendants Deputy P. Valencia and Detective Leonard Felix are dismissed with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii);

2. Each party shall bear their own costs, fees and expenses.

Dated: June 30, 2026

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE