David B. Owens (SBN 275030)
david@loevy.com
Loevy & Loevy
333 S Grand Ave Suite 3310
Los Angeles, CA 90071
Telephone: (312) 243-5900

Elizabeth Wang*
2060 Broadway, Suite 280
Boulder, CO 80302
**Admitted Pro Hac Vice*
*Attorneys for Plaintiff Derrick Harris*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERRICK HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | Case No. 2:21-cv-07999-WLH-DMKx<br><br>Honorable Wesley L. Hsu<br><br>Final Pretrial Conference: November 20, 2026, 3:00 p.m.<br><br>Trial Date: December 14, 2026, 9:00 a.m.<br><br>**PLAINTIFF'S PROPOSED ADDITIONAL VOIR DIRE QUESTIONS** |

**Plaintiff's Proposed Additional Voir Dire Questions**

1. Do you know personally any of the attorneys or parties in this case?

2. Before today, have you heard or read anything about this case?

3. Do you belong to any social, political or religious organizations? If so, please describe the organization and the nature of your participation in it.

4. This case involves information about gang activity at a public housing development. Have you or a family member ever lived in a public housing development where gang members also lived? If so, in what capacity and when?

5. Do you believe that people can live in public housing developments and have friends or acquaintances with some sort of gang affiliation, and still not be members of a gang?

6. Do you believe that people who live in areas where gangs are prevalent have an obligation to avoid being with or around gang members to avoid guilt by association?

7. Have you or a family member ever lived in an area of the City in which gangs are ubiquitous? If so, in what capacity and when?

8. What is your familiarity with the Nickerson Gardens housing development? Would this experience impact your ability to evaluate the evidence in the case?

9. Would you be inclined to believe a law enforcement officer over somebody who is not a law enforcement officer?

10. What experiences–either good or bad—have you or members of your family had with law enforcement officers?

11. Have you ever been a victim of a crime? Have any close friends or family members? Describe.

12. Have you ever been accused of a crime? Have any close friends or family members? Describe.

13. Have you ever spent time in jail or prison? Has anyone in your family?

14. Do you identify as someone who wouldn't feel comfortable filing a lawsuit against someone?

15. Some people say that when people file lawsuits against the City of Los Angeles that it's a waste of taxpayer money. What do you think about this idea?

16. Some people say it is too difficult to put a dollar amount on damages for things such as emotional pain and suffering. What do you think about this idea?

17. Some people have negative feelings toward lawyers who file lawsuits on behalf of people who claim they have been hurt by someone's misconduct. What do you think about this?

18. Do you think that a person who has been treated improperly or illegally by law enforcement has a right to bring a lawsuit?

19. Some people say that an innocent person would never be wrongfully convicted unless they had something to do with the crime; what are your thoughts about that?

20. Do you believe that if someone is arrested that means they must have committed a crime, done something unlawful, or acted suspiciously?

21. Do you believe that if someone is approached by the police, even if they are not arrested, that means they must have committed a crime, done something unlawful, or acted suspiciously?

22. If you concluded after hearing this case and the Court's instructions that the evidence justified a finding of compensatory damages, would you be comfortable awarding monetary damages for emotional injuries?

23. If you concluded after hearing this case and the Court's instructions that the evidence justified a finding of punitive damages, would you be comfortable awarding punitive damages against a police officer?

Respectfully submitted,

Dated: November 5, 2026

**DERRICK HARRIS**

By: /s/ David B. Owens__________
*One of Plaintiff's attorneys*

David B. Owens,
david@loevy.com